UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

| Case No. | SACV 16-00065-CJC (DFMx) | Date | March 24, 2016 |
|---|---|---|---|
| Title | Audrey Fober v. Quest Diagnostics, Inc. dba Examone | | |

Present: The Honorable   CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Melissa Kunig | None Reported | _____ |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

None Present   None Present

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL

    The Court, having been advised by the Plaintiff that this action has been resolved by a Voluntary Notice of Dismissal [8], hereby orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

                                                                                                                                                                                                                                                                                                                          _____ : _____

Initials of Preparer   mku